UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Elena Simmons, | Case No. 1:16-cv-00831-RLY-DKL |
| Plaintiff, | Judge: |
| v. | Honorable Richard L. Young |
| Virtuoso Sourcing Group, LLC, | Magistrate Judge: |
| | Honorable Denise K. LaRue |
| Defendant. | |
| | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Date: September 16, 2016         By:  s/ *Jeffrey S. Hyslip*____
                                 Jeffrey S. Hyslip, Esq.
                                 HYSLIP & TAYLOR, LLC, LPA
                                 1100 W. Cermak Rd., Suite B410
                                 Chicago, IL  60608
                                 Telephone: 312-380-6110
                                 Facsimile:  312-361-3509
                                 Email: jeffrey@lifetimedebtsolutions.com
                                 One of Plaintiff's Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Irvin Borenstein, Esq.
Borenstein & Associates, LLC
13111 E. Briarwood Ave., Ste. 340
Centennial, CO  80112
irv@ibalegal.com

Counsel for Defendant

*s/ Jeffrey S. Hyslip*